## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

MEDICAL & CHIROPRACTIC )
CLINIC, INC., a Florida corporation, )
individually and as the representative )
of a class of similarly-situated )
persons, )         Civil Action No. 8:21-cv-00860-TPB-
 )         TGW
Plaintiff, )
 )         **CLASS ACTION**
v. )
 )
TOWER IMAGING, LLC, )
 )
Defendant. )

## NOTICE OF RESULT OF MEDIATION

Pursuant to this Court's Fast-Track Scheduling Order (Doc. 9), Plaintiff, Medical & Chiropractic Clinic, Inc., and Defendant, Tower Imaging, LLC, hereby advise the Court of the result of the mediation.

1.      On July 12, 2021, the parties participated in an in-person mediation with mediator, Gregory Holder.

2.      Due to the complexity of the class action allegations and defenses, in an effort to fully complete the mediation process, the parties have agreed to conduct additional informal discovery on an expedited basis so that the mediation process can be completed prior to the court's original August 3 deadline for mediation.

3.      All parties have agreed to continue the mediation on July 30, 2021, at 9:00 a.m. which is within the provisions of paragraphs 6 and 7 of the Court's Fast

Track Scheduling Order. (Doc. 9).

4.    The parties will file an agreed motion with the court relating to the July 30 date for continuation of the mediation and the related deadlines, none of which will extend the time period previously set forth by the court, including the requirements for filing the case management report and notice of legal issues be completed within 24 hours of the conclusion of the July 30 mediation.

Respectfully submitted,

FOR PLAINTIFF:

/s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar. 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Tele: 847-368-1500
Email: rkelly@andersonwanca.com

FOR DEFENDANT:

/s/ Evan M. Malloy
Evan M. Malloy – FL Bar. 124423
Adam R. Alaee – FL Bar. 819611
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
Tele: 813-229-2300
Email: emalloy@foley.com
aalaee@foley.com

Michael D. Leffel (*pro hac vice*)
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
Tele: 608-258-4216
Email: mleffel@foley.com

## <u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on July 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>s/Ryan M. Kelly</u>
Ryan M. Kelly - FL Bar No. 90110