# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOWER IMAGING, LLC,<br><br>　　　　　　Defendant. | Civil Action No. 8:21-cv-00860-TPB-TGW<br><br>**CLASS ACTION** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Medical & Chiropractic Clinic, Inc. and Defendant Tower Imaging, LLC, through their undersigned attorneys, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action without prejudice, each party to bear its own attorneys' fees, costs, and expenses.

Respectfully submitted this 30th day of July, 2021.

FOR PLAINTIFF:

/s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar. 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Tele: 847-368-1500
Email: rkelly@andersonwanca.com

FOR DEFENDANT:

/s/ Evan M. Malloy
Evan M. Malloy – FL Bar. 124423
Adam R. Alaee – FL Bar. 819611
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
Tele: 813-229-2300
Email: emalloy@foley.com
aalaee@foley.com

/s/ Michael D. Leffel  
Michael D. Leffel (*pro hac vice*)  
FOLEY & LARDNER LLP  
150 East Gilman Street  
Madison, WI 53703  
Tele: 608-258-4216  
Email: mleffel@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Ryan M. Kelly  
Ryan M. Kelly - FL Bar No. 90110
